THE STATE OF OHIO, APPELLEE, *v.* NAUGLER, APPELLANT.

[Cite as *State v. Naugler,* 111 Ohio St.3d 130, 2006-Ohio-5340.]

(No. 2006–0019—Submitted September 20, 2006—Decided November 1, 2006.)

APPEAL from the Court of Appeals for Madison County,
No. CA2004–09–033, 2005-Ohio-6274.

---

{¶ 1} The judgment of the court of appeals is affirmed on the authority of the decision of the Supreme Court of the United States in *Davis v. Washington* (2006), —— U.S. ——, 126 S.Ct. 2266, 165 L.Ed.2d 224.

MOYER, C.J., RESNICK, PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL and LANZINGER, JJ., concur.

Browning & Cooke, Andrew P. Cooke, and Adam J. Bennett, for appellant.